IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Alexis Templeton, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Sam Dotson, Chief of Police, ) | |
| City of St. Louis, ) | |
| Jon Belmar, Chief of Police ) | |
| County of St. Louis, ) | No. |
| Capt. Ron Johnson, Missouri ) | |
| Highway Patrol, In their official ) | |
| capacities and as part of the Unified ) | |
| Command ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF NILE MCCLAIN

I, Nile McClain hereby declare as follows:

1. I am a United States citizen and a permanent resident of St. Louis, Missouri. I currently reside in Cape Girardeau, Missouri, where I attend school.

2. I am a third year student at Southeast Missouri State University, where I am pursuing a double major in multi-media journalism and public relations. I am an African American woman. I am 20 years old.

3. I have participated in demonstrations in the St. Louis area periodically since Michael Brown was killed in August. This is my city, and this meant

something to me. I felt that if no one else would stand up, we should do so here.

4. I have kept participating because I have black brothers, and black friends, and one day I hope to marry a black man, and I don't want them to have to continue to live in this reality and fear for their lives. It's hard to be a black man and always carry with you in your mind that you could be shot and killed any time you interact with police. It's scary and dispiriting, and I don't want my loved ones to have to go through this anymore.

5. I felt like I needed to be out there because people in my generation have been quiet too long.  We have a sense that things are better than they were a long time ago, but that isn't the reality. When deaths like Michael Brown's keep getting thrown in our face over and over, we have to face the reality that we don't really have equality yet. Now more than ever, it's so important to tell society that this is wrong. We have to fight for our brothers and friends – but also to make the world better for the people who will come after us.

6. On the afternoon of Sunday, November 30, 2014, I attended a demonstration to show solidarity for Michael Brown and to advocate for reforms to racial profiling and other police practices.

7. We stood near the Trans World Dome, where the St. Louis Rams football team was playing. The crowd was chanting, "we are peaceful."

8. Sometime after 3:30 p.m., the group marched back towards the center of downtown to Keiner Plaza. Everyone I saw was on a sidewalk, not in the streets. I did not witness anyone breaking the law.

9. Nevertheless, one man who did not appear to be breaking any laws as the group started to walk to their cars, immediately got tackled by police. What I witnessed was one man getting attacked by at least six, maybe up to 10, police officers at one time.

10. I felt it was important to observe this incident. I was standing at a reasonable distance, on a sidewalk about 10 feet away, simply observing.

11. An officer told me I couldn't be there and that I had to leave. I did not understand why I had to leave since I was standing on a public sidewalk and was far enough away that I was not impeding their work in any way.

12. So I told the officer that I believed that I had a right under the first amendment to be present, and that I was observing from a safe distance and not interfering.

13. The offer replied by shouting to his fellow officers, pointing to me, and yelled: "Get her!"

14. I tried to run towards some other demonstrators but they immediately grabbed me and threw me to the ground. They pounded on me and bashed my head into the ground. They had my hands secured behind my back. Even though I was secured, they then tased me me with a taser gun. That hurt, and I couldn't really move. At the point I was tased, I was pushed

tight to the ground and couldn't move. I was not resisting, and I was not able to move. There was no need to shock me with the taser.

15. I was pretty stunned. When I couldn't get up quickly due to the taser, they pulled on me and dragged me by my arms. When I couldn't get up they roughed me up and grabbed me really tight. I still have some bruises. They put plastic handcuffs on me so tight that my hands swelled and turned purple. In fact, my hand was so swollen, that they couldn't fit the scissors in between the handcuff ties and my skin to cut them off once we were at the jail. Once I was in the cuffs, they put me in the wagon, and I was taken to the Justice Center downtown, where I stayed about four hours before being released.

16. The police also assaulted me verbally, using racial slurs. One officer called me a "nappy headed ho" and a "bitch." He told me I didn't know what I was talking about and probably didn't pay my bills anyway. When I replied that I am a student at a four-year university and was in my third year of college, he derided me again. He said, "Just because you went to college doesn't mean you're ever going to amount to anything." What a horrible thing to tell a young black person.

17. This was really hurtful and frustrating. I was really upset by what I saw and by what happened to me, and I was crying. While I was crying, the police started laughing at me and said, "that's what you get."

18. Later that evening I went to the hospital, where I underwent an examination, X-Rays and an EKG. They prescribed some medication. I have a lot of bruising and scratches on my knees, hands and marks on my back, neck and arms. My forehead is cut up. My back and neck are really sore. I have a bad headache.

19. I could not see any identification on the officers. Even on my arrest papers, the area designated for "arresting officer" does not include any printed name, only an illegible signature of what appears to be just a surname.

20. I believe that I was targeted for arrest as punishment. I was on the sidewalk. I was not in the street. I was not doing anything other than observing from a safe distance. I believe I was targeted for punishment because I was observing someone else get battered while in detention.

21. How the police behaved yesterday was astonishing. I just couldn't stop crying. I am so disgusted by this system. This incident broke my spirit. It was spirit breaking. What's worse, is that a number of the officers were black themselves and one even used a racial slur on me. I'm so disgusted and upset by this. But even worse, the police acted so non-chalantly, like this was par for the course. They were not phased at all.

22. I believe it is important for people to be able to be out in public and be out on the streets. This is a basic American right – it's my right as an American citizen to do this. I believe that unless this behavior is stopped, I will be impeded from expressing my views in the future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _December 3,_____, 2014.

*[signature]*
Nile McClain