IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Alexis Templeton, *et al.* | ) |
|               Plaintiffs, | ) |
|    v. | ) |
| | ) |
| Sam Dotson, Chief of Police, | ) |
| City of St. Louis, *et al.* | ) |
| | ) |
|               Defendants. | ) |

**EXHIBITS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**EXHIBIT LIST**

Exhibit 1    Declaration of Maureen Costello

Exhibit 2    Declaration of Kira Hudson Banks

Exhibit 3    Declaration of Brittany Ferrell

Exhibit 4    Declaration of Steven Hoffman

Exhibit 5    Declaration of Kelly Costello

Exhibit 6    Declaration of Alexis Templeton

Exhibit 7    Affidavit of Suzanne Brown

Exhibit 8    Declaration of James McAnally

Exhibit 9    Declaration of Marques Banks

Exhibit 10   Declaration of Nile McClain

Exhibit 11   Written Statement on the Police Shooting of Michael Brown and Ensuing Police Violence Against Protestors in Ferguson, Missouri submitted to the 53rd Session of the United Nations Committee Against Torture

Dated: December 5, 2014