UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXIS TEMPLETON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14-CV-2019 (CEJ) |
| | ) | |
| SAM DOTSON, CHIEF OF POLICE, | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

IT IS HEREBY ORDERED that this matter is set for hearing on plaintiffs' motion for temporary restraining order on **Thursday, December 11, 2014** at **9:00 a.m.** in Courtroom 14 North.

IT IS FURTHER ORDERED that counsel for plaintiffs shall provide notice of the hearing to defendants.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2014.