IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Alexis Templeton, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | 4:14-cv-2019 |
| Sam Dotson, Chief of Police, ) | |
| City of St. Louis, *et al.* ) | |
| ) | |
| Defendants. ) | |

## Entry of Appearance

COMES NOW, Brendan D. Roediger, of the St. Louis University School of Law Legal Clinic, and enters his appearance on behalf of Plaintiffs Alexis Templeton, Maureen Costello, Brittany Ferrell, Steven Hoffman, Nile McClain, and Kira Hudson Banks.

Dated: December 10, 2014


*/s/ Brendan Roediger*
Brendan Roediger MBE #60585
Saint Louis University Legal Clinic
100 N. Tucker Blvd., Ste. 704
St. Louis, MO 63101
Phone: (314) 977-2778
Fax: (314) 977-1180
broedige@slu.edu