UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date __1/6/15__   Judge __Jackson__   Case No. __4:14cv2019-CEJ__
Alexis Templeton et al   vs.   Same Dotson et al

Court Reporter Susan Moran   Deputy Clerk   Kara Scheele

**Attorney(s) for Plaintiff(s)** Thomas Harvey, Denise Lieberman, Brendan Roediger
**Attorney(s) for Defendant(s)** Christine Hodzic, Brent Dulle, Michael Hughes, Michael Shuman, Robert Isaacson.

Parties present for Preliminary Injunction hearing; the parties request a continuance; the TRO is extended; The preliminary Injunction hearing will be continued for 45 days with a written order to issue.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____
☐ Exhibits returned to and retained by counsel

Proceedings: __9:30 — 9:40__