IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXIS TEMPLETON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No. 4:14cv-2019 CEJ |
| v. | ) |
| | ) |
| SAM DOTSON et al., | ) |
| | ) |
| Defendants. | ) |

**<u>JOINT MOTION FOR CONTINUANCE</u>**

COME NOW Parties, by and through counsel, and for their Joint Motion for Continuance of the Preliminary Injunction Hearing in the above-styled action, state as follows:

1. This Court has set a hearing on Plaintiffs' Motion for Preliminary Injunction for 1:30p.m. on February 26, 2015. (Docket 46).

2. Plaintiffs and Defendants are engaged in good-faith settlement discussions in this matter in the hopes of resolving the underlying issues in this case that would obviate the need for the aforementioned hearing.

3. These discussions have included in-person meetings, email exchanges and phone conversations.

4. Parties believe that they will be unable to finalize these negotiations by this court's February 26, 2015 scheduled date for the Preliminary Injunction Hearing.

5. Parties wish to continue settlement discussions in good faith.

6.  All parties to this action have consented to the filing of this Motion.

WHEREFORE, parties request that for good cause shown, this court grant a continuance of the Preliminary Injunction Hearing in this case for 30 additional days or to a date certain assigned by this court.

Dated this 20th Day of February, 2015.

Respectfully Submitted,

*/s/ Thomas B. Harvey*
Thomas B. Harvey   MBE #61734
Executive Director, ArchCity Defenders
812 N. Collins Alley
St. Louis, MO  63102
(855)724-2489 phone
(855) 932-2702 facsimile
tharvey@archcitydefenders.org

*/s/ Brendan Roediger*
Brendan Roediger MBE #60585
Saint Louis University Legal Clinic
100 N. Tucker Blvd., Ste. 704
St. Louis, MO  63101
Phone:  (314) 977-2778
Fax:  (314) 977-1180
broedige@slu.edu

*/s/ Denise D. Lieberman*
Denise D. Lieberman, MBE #47013
Senior Attorney, Advancement Project
1220 L. Street NW, Suite 850
Washington, D.C. 20005
Phone: (314) 780-1833
Fax: (202) 728-9558
dlieberman@advancementproject.org

Attorneys for Plaintiffs

*/s/ Mark Lawson*
Mark Lawson, #33337
Christine L. Hodzic, #58257
J. Brent Dulle, #59705
Associate City Counselors
ST. LOUIS CITY COUNSELOR
1200 Market St. 314 City Hall
St. Louis, MO 63103
Phone: 314-622-4644
Fax: 314-622-4956
DulleB@stlouis-mo.gov
Attorneys for Defendant Dotson

*/s/ Michael E. Hughes*
Michael E. Hughes #23360
Michael A. Shuman #32418
ST. LOUIS COUNTY COUNSELOR
41S. Central Ave.
Clayton, MO 63105
Phone: 314-615-7042
Fax 314-615-3732
Mshuman@stlouisco.com
Attorneys for Defendant Belmar

*/s/ Robert J. Isaacson*
Robert J. Isaacson, #38361
Colleen Joern Vetter #38353
Assistant Attorneys General
MISSOURI ATTORNEY GENERAL
P.O. Box 861
St. Louis, Missouri 63188
(314) 340-7861 (Telephone)
(314) 340-7029 (Facsimile)
Attorneys for Ronald Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, the foregoing Motion for Continuance was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Thomas B. Harvey*