**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **ALEXIS TEMPLETON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Cause No. 4:14cv-2019 CEJ** |
| **v.** | ) | |
| | ) | |
| **SAM DOTSON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO DISMISS PURSUANT TO SETTLEMENT AS TO ALL
DEFENDANTS**

COMES NOW Plaintiffs and Defendants and jointly request dismissal of all claims pursuant to the proposed Agreed Order of Dismissal.  The parties agree that this matter is settled and that all issues and controversies have been resolved to their mutual satisfaction. Plaintiffs and Defendants request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

WHEREFORE, the parties request that all claims be dismissed pursuant to the proposed Agreed Order of Dismissal.

Dated this 25th Day of March, 2015.

Respectfully Submitted,

*/s/ Thomas B. Harvey*
Thomas B. Harvey   MBE #61734

Executive Director, ArchCity Defenders
812 N. Collins Alley
St. Louis, MO  63102
(855)724-2489 phone
(855)724-2489 facsimile
tharvey@archcitydefenders.org

*/s/ Brendan Roediger*
Brendan Roediger MBE #60585
Saint Louis University Legal Clinic
100 N. Tucker Blvd., Ste. 704
St. Louis, MO  63101
Phone:  (314) 977-2778
Fax:  (314) 977-1180
broedige@slu.edu

*/s/ Denise D. Lieberman*
Denise D. Lieberman, MBE #47013
Senior Attorney, Advancement Project
1220 L. Street NW, Suite 850
Washington, D.C. 20005
Phone: (314) 780-1833
Fax: (202) 728-9558
dlieberman@advancementproject.org

Attorneys for Plaintiffs


*/s/ Mark Lawson*
Mark Lawson, #33337
Christine L. Hodzic, #58257
J. Brent Dulle, #59705
Associate City Counselors
ST. LOUIS CITY COUNSELOR
1200 Market St.  314 City Hall
St. Louis, MO 63103
Phone: 314-622-4644
Fax: 314-622-4956

lawsonm@stlouis-mo.gov
Attorneys for Defendant Dotson


*/s/ Michael E. Hughes*
Michael E. Hughes  #23360
Michael A. Shuman #32418
ST. LOUIS COUNTY COUNSELOR
41S. Central Ave.
Clayton, MO 63105
Phone: 314-615-7042
Fax 314-615-3732
Mshuman@stlouisco.com
Attorneys for Defendant Belmar


*/s/ Robert J. Isaacson*
Robert J. Isaacson, #38361
Colleen Joern Vetter #38353
Assistant Attorneys General
MISSOURI ATTORNEY GENERAL
P.O. Box 861
St. Louis, Missouri 63188
(314) 340-7861 (Telephone)
(314) 340-7029 (Facsimile)
Attorneys for Defendant Johnson



## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2015, the foregoing Motion to Dismiss was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ _Brendan Roediger _____*