UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXIS TEMPLETON, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:14-CV-2019 (CEJ) |
| SAM DOTSON, CHIEF OF POLICE, CITY OF ST. LOUIS, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Because the parties have entered into a settlement agreement [Doc. #49-1],

**IT IS HEREBY ORDERED** that parties' joint motion to dismiss [Doc. #49] is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action **with prejudice**. See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court will retain jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of March, 2015.